THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(D)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Daniel Snider,       
Appellant.
 
 
 

Appeal From Anderson County
J.C. Buddy Nicholson, Jr., Circuit 
 Court Judge

Unpublished Opinion No. 2004-UP-573
Submitted November 1, 2004  Filed November 16, 2004 

APPEAL DISMISSED

 
 
 
Acting Deputy Chief Attorney Wanda P. Hagler, of Columbia, 
 for Appellant.
Deputy Director Teresa A. Knox, Tommy Evans, Jr., J. Benjamin 
 Aplin, Lovee M. Watts, South Carolina Department of Probation, Parole, and Pardon 
 Services, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Daniel Snider appeals 
 the revocation of his parole, arguing the trial court erroneously considered 
 his failure to pay fees and fines in determining he violated parole.  After 
 a thorough review of the record and counsels brief pursuant to Anders v. 
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Sniders appeal under Rule 220(b)(2), 
 SCACR, and grant counsels motion to be relieved. [1] 
 APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and WILLIAMS, 
 JJ., concur. 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.